**ORIGINAL**

**FILED**

02/14/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 23-0089

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## OP 23-0089

VIRGINIA WARD,

Plaintiff and Appellant,

v.

SAFECO INSURANCE COMPANY
OF AMERICA,

Defendant and Appellee.

**FILED**

FEB 1 4 2023

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

In accordance with M. R. App. P. 15, the Ninth Circuit Court of Appeals has certified to this Court the following questions of law, which have arisen in that court's Cause No. 21-35757:

1. Whether an anti-concurrent clause (ACC) clause in an insurance policy applies to defeat insurance coverage despite Montana's recognition of the efficient proximate cause (EPC) doctrine; and

2. Whether the relevant language in the general exclusions section on page 8 of the insurance policy in this case is an ACC clause that circumvents the application of the EPC doctrine.

This Court accepts the certified question on the relevant facts set forth in the Ninth Circuit Court's certification of the question. In accordance with M. R. App. P. 15(4), we reserve any determination whether to reformulate the question pending full consideration of the issue. We will answer the question in due course following briefing.

IT IS THEREFORE ORDERED that the parties shall, in accordance with the Montana Rules of Appellate Procedure, prepare, file, and serve briefs addressing the certified question set forth above, with the opening brief of the Plaintiff and Appellant to be filed within 30 days of the date of this Order. Thereafter, additional briefing shall proceed in accordance with the Montana Rules of Appellate Procedure.

The Clerk is directed to provide copies of this Order to all counsel of record for the parties in the Ninth Circuit Court of Appeals Cause No. 21-35757, and to the Clerk of Court for the Ninth Circuit Court of Appeals.

DATED this 14th day of February, 2023.

_____
Chief Justice

_____

_____

_____

_____
Justices